## Case No. 5,599.

GOODYEAR DENTAL VULCANITE CO. v. STOCKTON.

[Cited in Goodyear Dental Vulcanite Co. v. Willis, Case No. 5,603. Nowhere reported; opinion not now accessible.]